JOHN R. SMITH, Respondent, v. REBECCA SMITH, Appellant.

*Smith* v. *Smith*, 120 App. Div. 278, affirmed.
(Argued November 18, 1908; decided December 8, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 26, 1907, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granted a new trial in an action to establish an easement of right of way over defendant's premises, for an injunction and for damages.

*Leonard J. Obermeier* and *Montague Lessler* for appellant.

*Richmond Weed* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

SUZETTE JACKSON, Respondent, v. DEWITT C. MOORE, Appellant.

*Jackson* v. *Moore*, 118 App. Div. 912, affirmed.
(Argued November 19, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 18, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for conversion.

*Andrew J. Nellis* and *Dewitt C. Moore* for appellant.

*Clark L. Jordan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not sitting: CHASE, J.